UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:13-cr-00100 |
| v. | ) | |
| | ) | CHIEF JUDGE HAYNES |
| REZA KOUSHKBAGHI | ) | |

## MOTION TO CONTINUE STATUS CONFERENCE

Reza Koushkbaghi, by and through counsel, hereby moves to continue the status conference set for September 13, 2013 at 4:30 P.M. In support of this Motion, the undersigned counsel would state that he has a family vacation scheduled the entire week of September 7, 2013 that has been scheduled for months.

The undersigned counsel is available the entire week of September 2nd, or the week of September 16th, except for September 18 or 20 for a hearing on this matter. The undersigned counsel is also available September 23, 25, or 27.

Respectfully submitted this 26th day of August, 2013.

s/ Charles D. Buckholts
Charles D. Buckholts, BPR #019318
Attorney for Defendant
2400 Crestmoor Rd.
Nashville, TN 37215
(615) 386-7118
chuck@buckholtslaw.com

[Handwritten annotation: "Oral SK / The motion is GRANTED. The conference is reset for September 27, 2013 at 4:00 pm. / [signature] / 8-27-13"]